■ In the Matter of ROSE WACHSMAN, Respondent, v. MATTHEW WACHSMAN, Appellant.— Order of the Family Court, Queens County, dated September 26, 1966, reversed, on the law and facts, without costs, and proceeding remitted to said court for a hearing and determination *de novo* in accordance with the memorandum herewith. The semi-monthly award in this case was made

after the trial court had refused to permit inquiry into petitioner's (the wife's) financial assets and without " due regard to the circumstances of the *respective* parties " (Family Court Act, § 412 [emphasis added]). In any event, the award appears to be excessive in the present posture of the evidence and we prefer that the parties themselves have the opportunity of settling their difficulties or as an alternative that the Family Court hold a new hearing and make a new determination based on the evidence adduced thereat. Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.